# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

PINEAPPLE WILLY'S, INC.,

    Plaintiff,

v.                                CASE NO. 5:17cv164-RH/GRJ

VINNY'S CLOTHING COMPANY,
LLC, et al.,

    Defendants.

_____/

## JUDGMENT CONSISTING OF AN
## INJUNCTION AGAINST VINNY'S

    The plaintiff Pineapple Willy's Inc. filed this action against two defendants: Vinny's Clothing Company, LLC and Douglas Northrup. The case is going forward against Mr. Northrup, but Vinny's has defaulted. Pineapple Willy's has moved for entry of a default judgment against Vinny's consisting of an injunction while asking to reserve for later determination the issue of damages.

    I expressly determine that there is no just reason for delay and enter this judgment consisting of an injunction. The judgment is entered under Federal Rules of Civil Procedure 54(b) and 55. All other issues are severed for later determination.

IT IS ORDERED:

1. Beginning immediately, Vinny's Clothing Company, LLC ("Vinny's") must not use the Pineapple Head Artwork used by Pineapple Willy's or any artwork with a similar image of a pineapple head (collectively "Prohibited Artwork").

2. By October 27, 2017, Vinny's must remove all Prohibited Artwork from its facilities, products, websites, advertising materials, and social-media materials.

3. By October 27, 2017, Vinny's must recall from any third party any product or material distributed by Vinny's bearing Prohibited Artwork and must take all feasible steps to prevent any further use or sale of any such product or material.

4. This injunction binds Vinny's and its officers, agents, servants, employees, and attorneys—and others in active concert or participation with any of them—who receive actual notice of this injunction by personal service or otherwise.

5. Pineapple Willy's may cause a copy of this order to be served on Vinny's by a process server.

6. The clerk must provide copies of this order to all parties and, in addition, must send copies by both certified and regular mail to:

Vinny's Clothing Company, LLC
c/o Douglas Northrup
3536 13th Avenue
Columbus, GA 31904.


SO ORDERED on October 20, 2017.

s/Robert L. Hinkle
United States District Judge
